

# THE ATTORNEY GENERAL
# OF TEXAS

AUSTIN, TEXAS 78711

CRAWFORD C. MARTIN
ATTORNEY GENERAL

February 12, 1970

Hon. Criss Cole, Chairman
The Committee for the Study
  of Land Use and Environ-
  mental Control
Senate Chamber, Capitol Station
Austin, Texas 78711

Opinion No. M-572

Re: Whether a State Senator
who has been elected
Chairman of a Legisla-
tive Committee may con-
tinue to serve as Chair-
man until the next
Regular Session although
he does not file for re-
election.

Dear Senator Cole:

The Committee for the Study of Land Use and Environ-
mental Control, as reconstituted by Senate Concurrent Resolu-
tion No. 46, has requested an opinion as to whether Senator
Criss Cole, a State Senator who has not offered himself for
re-election, can continue to serve as the duly elected Chair-
man of said interim Legislative Committee from the present
time and until the next Regular Session of the 62nd Legis-
lature.

S.C.R. No. 46, omitting its formal parts, determines
the nature and power of this important committee. It pro-
vides, in part, for eleven members with three of these to
be State Senators, as follows:

\* \* \* \* \* \*

"RESOLVED, By the Senate of the State
of Texas, the House of Representatives con-
curring, that the Committee for the Study
of Land Use and Environmental Control be
reconstituted:

-2728-

(1) The Lieutenant Governor, the
Speaker of the House, and the Governor
of Texas shall appoint members to the
Committee as follows:  Three Representa-
tives to be appointed by the Speaker of
the House, three Senators to be appointed
by the Lieutenant Governor of the state,
and five public members to be appointed
by the Governor.

\* \* \* \* \* \*

RESOLVED, That the committee shall
report in writing and file a signed copy
of the same with the Governor of the
State of Texas, the Lieutenant Governor
of the State of Texas, and the Speaker
of the House of Representatives of the
State of Texas not later than thirty days
after the convening of the next Regular
Session, and that copies of such report
shall be distributed to each member of the
Senate and of the House."

Senator Cole is one of the three Senators appointed
to serve as a Member of such reconstituted committee by the
Lieutenant Governor of Texas.  In addition to such senatorial
membership, three House of Representative members are to
serve along with five persons who are not members of the
Legislature and who were appointed by the Governor of Texas.

Under the law, Senator Cole's present term as a
State Senator would end on the day set by law for the con-
vening of the Regular Session of the Legislature.  Art. III,
Sec. 3, Texas Constitution.  This date will be the second
Tuesday in January, 1971.  Art. III, Sec. 5, Constitution
of Texas; Art. 5422, V.C.S.  Senator Cole's successor can
qualify at any time thereafter.

Until the end of Senator Cole's term in the Senate,
that is, until the Regular Session of the 62nd Legisla-
ture convenes, he is in all things a member of the State
Senate of Texas and fully qualified to serve on the said
committee and to be Chairman.  After his term ends, that is,
on the day the 62nd Legislature convenes, the tenure of his

office will then continue as a hold-over Senator until his successor is duly qualified. He will then become ineligible to serve as a Member, or as the Chairman, of the aforesaid interim committee unless he is otherwise qualified as a Committee Member by new appointment of the Governor to one of the five Committee Membership seats provided for non-Legislators to occupy. This is the applicable rule, since the Legislature (S.C.R. No. 46) has prescribed such qualifications for committee membership.

## S U M M A R Y

Senator Criss Cole is now qualified as a member of the Committee for the Study of Land Use and Environmental Control; he will remain qualified as such a member until the day set by law for the convening of the 62nd Legislature and thereafter until his successor in the Senate is duly qualified. At such time, he will cease to be eligible as a committee member unless otherwise qualified by a new appointment to a non-legislative place on such committee.

Yours very truly,

CRAWFORD C. MARTIN
Attorney General of Texas

Prepared by Roger Tyler
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

Kerns Taylor, Chairman
W. E. Allen, Acting Co-Chairman
John Grace
Roland Allen
James Quick
Robert Giddings

MEADE F. GRIFFIN
Staff Legal Assistant

ALFRED WALKER
Executive Assistant

NOLA WHITE
First Assistant